FILED by KS D.C.

Dec 9, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20595-CR-MARTINEZ/BECERRA

18 U.S.C. § 1349
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1028A(a)(1)

UNITED STATES OF AMERICA

vs.

BRYAN RICHARDO HUGGER,

        Defendant.
_____/

# INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. Regions Bank was a bank headquartered in Birmingham, Alabama.

2. JPMorgan Chase Bank, National Association ("Chase Bank") was a bank headquartered in New York City, New York.

3. Company 1 was a limited liability company organized under New Jersey law.

4. Individual 1 was a signatory on Company 1's account held at Chase Bank and a resident of Morris County, New Jersey.

## COUNT 1
### Conspiracy to Commit Wire Fraud
### (18 U.S.C. § 1349)

1. The General Allegations section of this Indictment are realleged and incorporated by reference as through fully set forth herein.

2.      From on or about April 9, 2021, continuing through on or about April 27, 2021, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**BRYAN RICHARDO HUGGER,**

did willfully, that is, with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to knowingly, and with the intent to defraud, devise, and intend to devise, a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted, by means of wire communication in interstate commerce, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

### PURPOSE OF THE CONSPIRACY

3.      It was the purpose of the conspiracy for **BRYAN RICHARDO HUGGER** and his co-conspirators to unlawfully enrich themselves by falsely and fraudulently causing individuals and entities to transfer funds to bank accounts accessible to the co-conspirators, and to direct the withdrawal of these funds for their personal use and benefit and the use and benefit of others.

### MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendant and his co-conspirators sought to accomplish the objects and purpose of the conspiracy included, among others, the following:

4.      **BRYAN RICHARDO HUGGER** obtained and provided to Co-Conspirator 1 A.D.T.'s name and Regions Bank account number for the purpose of using A.D.T.'s Regions Bank

account to receive a false and fraudulent wire transfer.

5.  A co-conspirator, while impersonating a Chase Bank employee, obtained Individual 1's bank account information which was then used by a co-conspirator to initiate a wire transaction from Company 1's Chase Bank account to A.D.T.'s Regions Bank account.

6.  **BRYAN RICHARDO HUGGER** and Co-Conspirator 1 withdrew and directed A.D.T. to withdraw from A.D.T.'s Regions Bank account the proceeds of the false and fraudulent wire transfer from Company 1, for their own use and benefit and the use and benefit of others.

All in violation of Title 18, United States Code, Section 1349.

### COUNT 2
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about April 9, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**BRYAN RICHARDO HUGGER,**

during and in relation to a felony violation of Title 18, United States Code, Section 1349, that is, conspiracy to commit wire fraud as charged in Count 1 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the name and Regions Bank account number ending 3849, of A.D.T., in violation of Title 18, United States Code, Section 1028A(a)(1).

### COUNT 3
### Use of an Unauthorized Access Device
### (18 U.S.C. § 1029(a)(2))

From on or about May 3, 2021, through on or about May 8, 2021, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**BRYAN RICHARDO HUGGER,**

did knowingly, and with intent to defraud, use an unauthorized access device, that is, a debit card number, during a one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

### COUNT 4
**Aggravated Identity Theft**
**(18 U.S.C. § 1028A(a)(1))**

On or about May 8, 2021, in Broward County, in the Southern District of Florida, the defendant,

**BRYAN RICHARDO HUGGER,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, use of an unauthorized access device as charged in Count 3 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the name, street address, and telephone number, of S.T., in violation of Title 18, United States Code, Section 1028A(a)(1).

**FORFEITURE ALLEGATIONS**

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **BRYAN RICHARDO HUGGER**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1343, or a conspiracy to commit such offense, as alleged in this Indictment, the defendant shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

3. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendant shall forfeit to the United States of America: (a) all property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

4. The property which is subject to forfeiture includes a forfeiture money judgment in the amount of the value of any property that constitutes or is derived from proceeds obtained as a result of the offenses, and any personal property that was used or intended to be used to commit or facilitate the commission of the offenses.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(B), and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
HILLARY T. IRVIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

BRYAN RICHARDO HUGGER,

            Defendant.         /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

- [x] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New defendant(s) [ ] Yes [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect _____

4. This case will take **3-4** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days    [x]
   - II    6 to 10 days    [ ]
   - III    11 to 20 days    [ ]
   - IV    21 to 60 days    [ ]
   - V    61 days and over    [ ]

   (Check only one)
   - Petty [ ]
   - Minor [ ]
   - Misdemeanor [ ]
   - Felony [x]

6. Has this case previously been filed in this District Court? (Yes or No) No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) No

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) No

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) No

_____
Hillary T. Irvin
Assistant United States Attorney
Court ID No.     A5502595

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** BRYAN RICHARDO HUGGER

**Case No:** _____

Count #: 1

  Conspiracy to Commit Wire Fraud

  Title 18, United States Code, Section 1349

* **Max. Penalty:** Twenty years' imprisonment

Counts #: 2 and 4

  Aggravated Identity Theft

  Title 18, United States Code, Section 1028A(a)(1)

*Max. Penalty:** Mandatory consecutive two years' imprisonment

Count #: 3

  Use of Unauthorized Access Device

  Title 18, United States Code, Sections 1029(a)(2) and 2

*Max. Penalty:** Ten years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**